**FOURTH DIVISION**
**DILLARD, C. J.,**
**ELLINGTON, P. J. and McFADDEN, P. J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**August 30, 2017**

# In the Court of Appeals of Georgia

A15A1423. BURDETTE v. CHANDLER TELECOM, LLC et al.

DILLARD, Chief Judge.

In *Chandler Telecom, LLC v. Burdette*, 300 Ga. 626 (797 SE2d 93) (2017), the Supreme Court of Georgia reversed our previous decision in *Burdette v. Chandler Telecom, LLC*, 335 Ga. App. 190 (779 SE2d 75) (2015), and remanded the case to this Court with direction that we remand it to the trial court for further proceedings not inconsistent with our Supreme Court's opinion. Accordingly, we adopt the judgment of the Supreme Court of Georgia as our own, vacate the trial court's decision, and remand the case for further proceedings consistent with the opinion of our Supreme Court.

*Judgment reversed and case remanded with direction. Ellington, and McFadden, P. JJ., concur.*